In Re: Newhouse v. Cannon Legacy Builders, LLC
Case No. 24–40553–elm7 –7
Adv. No. 24–04032–elm

## SUMMONS SERVICE EXECUTED

I, Kenneth A. Hill

of** Quilling, Selander, Lownds, Winslett & Moser, P.C.

certify:


If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the ___6th___ day of _____May_____, _2024_ I served a copy of the within summons, together with the complaint filed in this proceeding, on

Cannon Legacy Builders, LLC




the defendant in this proceeding, by *{describe here the mode of service}*
First class mail, postage prepaid, & certified mail return receipt requested.




the said defendant at
Cannon Legacy Builders, LLC
Reg. Agent: Jacob Cannon
925 W. Bear Creek Rd.
Glenn Heights, TX 75154
I certify under penalty of perjury that the foregoing is true and correct.


Executed on __5/6/2024__          __/s/ Kenneth A. Hill__
          *(Date)*                    *(Signature)*


** QSLWM, P.C., 2001 Bryan Street, Suite 1800, Dallas, TX 75201
   *State mailing address*