ntctrialdktc (rev. 03/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Jacob Cannon Jr. | §<br>§<br>§ | Case No.:   24–40553–elm7 |
| Debtor(s) | § | Chapter No.:   7 |
| Roddrick B. Newhouse | §<br>§ | |
| Plaintiff(s) | § | Adversary No.:   24–04032–elm |
| vs. | § | |
| Cannon Legacy Builders, LLC | § | |
| Defendant(s) | § | |

# NOTICE SETTING TRIAL DOCKET CALL

A hearing regarding Trial Docket Call has been set in the U.S. Bankruptcy Court for **October 15, 2024** at **01:30 PM** before the Honorable Edward L. Morris at https://us–courts.webex.com/meet/morris to consider

Nature(s) of suit: 14 (Recovery of money/property – other) (1)

Meeting link:

https://uscourts.webex.com/meet/morris
Meeting Number: 23094453213

Join by phone:

16504793207 Callin number (US/Canada)
Access code: 2309 445 3213


DATED:  May 15, 2024            FOR THE COURT:
                                Kevin Bartlett Mcnatt, Clerk of Court

                                by: /s/Karyn Rueter, Deputy Clerk